# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CR-24-436-G-5 |
| | ) | |
| ASHLEY LAW, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Now before the Court is the Government's Motion to Dismiss Indictment (Doc. No. 588), filed May 8, 2026. The Government represents that it believes dismissal would serve the ends of justice. No response to the Motion was filed within the time allowed.

Having considered the Motion and the circumstances of this matter, the Court finds that dismissal is in the public interest and that the Motion should be and is hereby GRANTED. *See* Fed. R. Crim. P. 48(a); *Rinaldi v. United States*, 434 U.S. 22, 29 n.15 (1977); *United States v. Romero*, 360 F.3d 1248, 1251 (10th Cir. 2004).

IT IS THEREFORE ORDERED that the Indictment (Doc. No. 1) filed October 1, 2024, charging Defendant Ashley Law with a violation of 21 U.S.C. § 846, is DISMISSED WITHOUT PREJUDICE as to Defendant Law only.

IT IS SO ORDERED on this 8th day of June, 2026.

_____
CHARLES B. GOODWIN
United States District Judge